IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| RYAN JOHN HALL | ) | CASE NO. 4-05-08067-JMM |
| | ) | |
| Debtor(s). | ) | **APPLICATION FOR PAYMENT OF** |
| | ) | **UNCLAIMED FUNDS TO THE U.S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend check(s) have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 2 | Collect America<br>370 17th St. Ste 5000<br>Denver, CO 80202 | $6,307.50 | $73.45 |
| 6 | Arizona Registrar of Contractors<br>c/o Robert R. Hall<br>Office of the Attorney General<br>1275 West Washington<br>Phoenix, Arizona 85007 | $23,132.86 | $269.39 |

|  |  |
|---|---|
| _____7/26/10_____ | /s/ SJK_____ |
| Date | Stanley J. Kartchner, Trustee |